■ In the Matter of JAMES L., JR., Appellant. LIVINGSTON COUNTY ATTORNEY, Respondent. (Appeal No. 1.) [902 NYS2d 486]— Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered August 18, 2009 in a proceeding pursuant to Family Court Act article 7. The order denied respondent's motion to dismiss the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of James L.* (74 AD3d 1775 [2010]). Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.